# MINUTE ENTRY FOR SETTLEMENT

TO:         Docketing

FROM:     Magistrate Judge Michael E. Hegarty

DATE:     August 11, 2022

RE:         ***Hughes v. City & County of Denver, et al.*, 21-cv-02238-REB-MEH**

      ___   A settlement conference was held on this date, and no settlement has been reached.

      **X**   A settlement conference was held on July 20, 2022, and continuing thereafter, and the parties have reached a settlement as to

            **X**   All claims in this action. The parties shall file a stipulated motion to dismiss on or before September 30, 2022.

            ___   Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____ , 2022.

Travel, settlement discussions and preparation time involved: **15 hours**.

  **X**   A record was made         ___   No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  ___   Supplemental settlement negotiations were held in the above-captioned case, including phone calls, emails, and a meeting with counsel and the parties on this date. The Court will continue to work with the parties toward a resolution of the case.

Preparation, negotiation and travel time involved: ___ hours ___ minutes.